UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| CURTIS JOHNSON, | 25 Civ. 10472 (KPF) |
| | **ORDER** |
| Debtor. | |

KATHERINE POLK FAILLA, District Judge:

On December 17, 2025, Appellant filed a Notice of Appeal from the Bankruptcy Court, and the appeal was assigned to this Court.  (Dkt. #1).  On December 22, 2025, the Court then issued a Bankruptcy Appeal Scheduling Order, in which Order the Court directed Appellant (i) to file "a designation of the items to be included in the record on appeal and a statement of issues to be presented" within 14 days of the filing of the Notice of Appeal and (ii) to file his opening brief within 30 days of the docketing of the notice that the record has been transmitted or is available electronically.  (Dkt. #3).  The Court also warned that failure to comply with the Scheduling Order and the time limits in the Federal Rules of Bankruptcy Procedure would result in dismissal of the appeal.  (*Id.*).

The notice of the record was docketed on January 16, 2026.  (Dkt. #8).  On March 9, 2026, after more than 30 days had passed, the Court issued an Order to Show Cause as to why the Court should not dismiss the appeal under Federal Rule of Bankruptcy Procedure 8018(a)(4) because of Appellant's failure to file a brief on time.  The Court gave Appellant until March 31, 2026, to file

his brief or otherwise show cause.  No brief or explanation has been provided to the Court.  Consequently, the Court is dismissing the appeal.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.  The Clerk of Court is further directed to mail a copy of this Order to Appellant at his address of record.

SO ORDERED.

Dated:     April 7, 2026
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2