**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 In re,

CURTIS JOHNSON,

                        25 **CIVIL** 10472 (KPF)

            Debtor.

-----------------------------------------------------------------X          **JUDGMENT**


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 7, 2026, the Court gave Appellant until March 31, 2026,

to file his brief or otherwise show cause. No brief or explanation has been provided to the Court.

Consequently, the Court is dismissing the appeal; accordingly, the case is closed.

**Dated:** New York, New York

     April 9, 2026


                             **TAMMI M. HELLWIG**

                                **Clerk of Court**

**BY:**

                                **Deputy Clerk**